■ Jean Laboulais, Respondent, v. Robert Cohade, Defendant, and Diana Cohade, Appellant.— On the court's own motion, the decision rendered March 14, 1962 (*ante,* p. 935), is amended to provide that appellant may prosecute the appeal on a typewritten record. Appellant is directed to file two typewritten

copies of the record (including the minutes) and to serve one copy upon the respondent on or before April 16, 1962. Appellant's time to serve and file her brief is extended to the same date. Beldock, P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.